UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL CLEMENT MANOSH,

                Plaintiff,

v.
                                     6:14-CV-1484
                                     (GTS/ATB)

LILLIAN COOPER APARTMENTS
(LANDLORD),

                Defendant.
_____

APPEARANCES:

MICHAEL CLEMENT MANOSH
  Plaintiff, *Pro Se*
1430 Sunset Avenue, Apt. 1
Utica, New York 13502

GLENN T. SUDDABY, United States District Judge

## **DECISION and ORDER**

Currently before the Court, in the above-captioned civil rights action filed *pro se* by Michael Clement Manosh ("Plaintiff"), is United States Magistrate Andrew T. Baxter's Report-Recommendation recommending that Plaintiff's Complaint be *sua sponte* dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) unless, within forty-five days of the date of the adoption of the Repot-Recommendation, Plaintiff files an Amended Complaint that states a claim upon which relief can be granted. (Dkt. No. 4.) Plaintiff has not filed an objection to the Report-Recommendation and the deadline in which to do so has expired. (*See generally* Docket Sheet.)

When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes:

1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.).

Here, based upon a careful review of this matter, the Court can find no clear error with Magistrate Judge Baxter's Report-Recommendation. (Dkt. No. 4.) Magistrate Judge Baxter employed the proper legal standards, accurately recited the facts, and reasonably applied the law to those facts. (*Id.*) As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein. (*Id.*) <u>The Court would add only that Plaintiff's Amended Complaint must be a complete pleading that will supersede his original Complaint in all respects (and thus may not incorporate any portion of his original Complaint by reference)</u>.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Baxter's Report-Recommendation (Dkt. No. 4) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) shall be **DISMISSED** without further Order of this Court, unless within **FORTY-FIVE (45) DAYS** of the date of this Decision and Order, Plaintiff submits an Amended Complaint in accordance with Magistrate Judge Baxter's Report-Recommendation and this Decision and Order.

Dated: January 23, 2015
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge